# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FLORENCE SEDGH, | Case No. 2:24-cv-02303-RFB-NJK |
| Plaintiff, | |
| v. | **Scheduling Order** |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant. | |

Pending before the Court is the parties' proposed discovery plan. Docket No. 13.

The discovery plan seeks special scheduling without sufficient reasoning. Local Rule 26-1(b)(1). The discovery plan seeks a longer discovery period because Defendant's counsel is starting a two-week trial in January. Docket No. 13 at 1. The parties offer no explanation as to why Defendant's counsel's current two-week trial requires a discovery period that is 60 days longer than the default discovery period.

Accordingly, the proposed discovery plan is **DENIED**. Docket No. 13.

Case management deadlines are hereby **SET** as follows:

- Amend pleadings/add parties: March 11, 2025
- Initial experts: April 10, 2025
- Rebuttal experts: May 12, 2025
- Discovery cutoff: June 9, 2025
- Dispositive motions: July 9, 2025
- Joint proposed pretrial order: August 12, 2025, 30 days after resolution of dispositive motions or further order of the Court

IT IS SO ORDERED.

Dated: January 13, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1