# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FLORENCE SEDGH,<br><br>      Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>      Defendant. | Case No.: 2:24-cv-02303-RFB-NJK<br><br>**Order**<br><br>[Docket No. 18] |

Pending before the Court is the parties' stipulation to extend discovery deadlines for 60 days. Docket No. 18.

A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). "The diligence obligation is ongoing." *Morgal v. Maricopa Cnty. Bd. of Supervisors*, 284 F.R.D. 452, 460 (D. Ariz. 2012). The showing of diligence is measured by the conduct displayed throughout the entire period of time already allowed. *See Muniz v. United Parcel Serv., Inc.*, 731 F.Supp.2d 961, 967 (N. D. Cal. 2010) (quoting *Jackson v. Laureate, Inc.*, 186 F.R.D. 605, 607 (E. D. Cal. 1999)). That a request is jointly submitted "neither mandates allowance of the extension sought nor exempts parties from making the necessary showings to justify that relief. Failure to provide such showings may result in denial of a stipulated request to extend the case management deadlines." *Williams v. James River Grp. Inc.*, 627 F. Supp. 3d 1172, 1178 (D. Nev. 2022)

Here, the parties have failed to demonstrate diligence. The Court issued the scheduling order in this case on January 13, 2025. Docket No. 14. The parties have conducted little affirmative discovery. Docket No. 18 at 2-3.

     Nonetheless, as a <u>one-time courtesy</u>, the Court will allow the extension. The parties must diligently conduct discovery.

     Accordingly, the stipulation to extend is **GRANTED**. Docket No. 18.

     Deadlines are **RESET** as follows:

- Initial expert: June 9, 2025
- Rebuttal expert: July 11, 2025
- Discovery cutoff: August 8, 2025
- Dispositive motions: September 8, 2025
- Joint proposed pretrial order: October 13, 2025, 30 days after resolution of dispositive motions, or further order of the Court

     Any future request to extend discovery deadlines must include a robust showing of diligence.

     IT IS SO ORDERED.

     Dated: March 26, 2025

                                                      Nancy J. Koppe
                                                        United States Magistrate Judge