KAPLAN LAW GROUP
BRITTANY A. KAPLAN, ESQ.
Nevada Bar No. 13663
Email: brittany@kaplanlawgroup.com
KORY L. KAPLAN, ESQ.
Nevada Bar No. 13164
Email: kory@kaplanlawgroup.com
10091 Park Run Drive, Suite 190
Las Vegas, Nevada 89145
Telephone: (702) 381-8888
Facsimile: (702) 832-5559
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FLORENCE SEDGH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a foreign corporation, d/b/a COSTCO; DOE EMPLOYEE, an individual, DOES I through X, and ROE CORPORATIONS I through X, inclusive<br><br>　　　　Defendants. | CASE NO. 2:24-cv-02303-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT TO DISMISS ALL MEDICAL EXPENSES, RECORDS, AND TESTIMONY RELATED TO PLAINTIFF'S LEFT SHOULDER**<br><br>**(FIRST REQUEST)** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff FLORENCE SEDGH ("Plaintiff"), by and through her attorneys of record BRITTANY A. KAPLAN, ESQ. and KORY L. KAPLAN, ESQ. of KAPLAN LAW GROUP and Defendant, COSTCO WHOLESALE CORPORATION d/b/a COSTCO ("Defendant"), by and through their attorneys of record, GEORGE M. RANALLI, ESQ. and MAEGUN C. MOOSO, ESQ. of the law firm RANALLI ZANIEL FOWLER & MORAN, LLC, that due to pending settlement discussions between the parties, that the deadline for Plaintiff to respond to Defendant's Motion for Partial Summary Judgment to Dismiss All Medical Expenses, Records, and Testimony Related to Plaintiff's Left Shoulder be extended from October 2, 2025, up to and including October 13, 2025. Defendant's

/ / /

reply deadline of 14 days after service of Plaintiff's response will remain unchanged.

This is the first request for an extension of time and the Stipulation is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

| Dated: September 30, 2025. | Dated: September 30, 2025. |
|---|---|
| KAPLAN LAW GROUP | GABROY \| MESSER |
| By: /s/ Brittany A. Kaplan | By: /s/ George M. Ranalli |
| BRITTANY A. KAPLAN, ESQ. | GEORGE M. RANALLI, ESQ. |
| Nevada Bar No. 13663 | Nevada Bar No. 5748 |
| KORY L. KAPLAN, ESQ. | MAEGUN C. MOOSO, ESQ. |
| Nevada Bar No. 13164 | Nevada Bar No. 15037 |
| 10091 Park Run Drive, Suite 190 | 2340 W. Horizon Ridge Parkway, Suite 100 |
| Las Vegas, Nevada 89145 | Henderson, Nevada 890052 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

**IT IS HEREBY ORDERED.**

DATED this  1  day of October, 2025

_____
UNITED STATES DISTRICT COURT JUDGE